STATE of Missouri, Respondent,

v.

Billy J. COLEMAN, Appellant.

No. WD 64580.

Missouri Court of Appeals,
Western District.

Feb. 21, 2006.

Irene C. Karns, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before: JAMES M. SMART, P.J., ROBERT G. ULRICH and PAUL M. SPINDEN, JJ.

## ORDER

PER CURIAM.

Billy Coleman appeals his conviction for second-degree burglary, section 569.170, RSMo 2000, and sentence as a prior offender to seven years imprisonment. He claims that the trial court (1) abused its discretion in admitting into evidence a box cutter found in his jacket and (2) erred in overruling his motion for judgment of acquittal and submitting the case to the jury because the evidence was insufficient to support the conviction.

For the reasons set forth in the memorandum provided to the parties, the judgment of conviction is affirmed. **Rule 30.25(b).**

■

Frederick W. FAUROT,
III, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. WD 64780.

Missouri Court of Appeals,
Western District.

Feb. 21, 2006.

Sarah E. Reichert, Assistant Attorney General, Jefferson City, MO, for appellant.

Francis C. Cline, Jr., Columbia, MO, for respondent.

Before ULRICH, P.J., BRECKENRIDGE and SMART, JJ.

## *ORDER*

PER CURIAM.

The Director of Revenue appeals the judgment of the circuit court setting aside the director's one-year revocation of Frederick W. Faurot's driver's license. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).